# COURT MINUTES

## Magistrate Judge James M. Hopkins

**Paul G. Rogers Courthouse**   Date: 02/25/2015   Time: 10:00AM

Defendant: EVENS ESTIVERNE (J) ✓   J#: _____   Case #: ~~15-8088-WM~~ 15-80029-CV-RLR JMH

AUSA: JOHN MCMILLAN ✓   Attorney: KRISTY MILITELLO (AFPD)

Violation: 21:841(a)(1), 841(b)(1)(C) & 846

Proceeding: DETENTION HEARING   CJA Appt: _____

Bond/PTD Held: ● Yes  ○ No   Recommended Bond: PTD (REQUESTED BY GOVT)

Bond Set at: PTD (JMH)   Co-signed by: _____

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

Language: ENGLISH

Disposition:
DEFENDANT PRESENT WITH COUNSEL
GOVT PROFFER
WITNESS FBI S/A GAVIN GUMBINNER – SWORN/TESTIFIED
ARGUMENT FROM DEFENSE
COURT ORDERS THE DEFENDANT DETAINED
WRITTEN ORDER TO FOLLOW

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. 10:50:25   Time in Court: 17 MINS