UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-80029-CR-ROSENBERG/HOPKINS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EVANS ESTIVERNE,

        Defendant.
_____/

## JOINT STATUS REPORT

Defendant Evans Estiverne, by and through his undersigned counsel, and the United States of America, by and through Assistant United States Attorney John McMillan, hereby files this joint status report and state as follows:

A. On March 17, 2014, the government timely provided discovery to Counsel for Evans Estiverne, including audio recordings, videos, police reports, and photographs. At least one of the recordings was improperly copied. Counsel for the government will provide a new copy to the defense.

B. At this time, counsel for Mr. Estiverne is not ready for trial. While discovery was timely provided by the government, Counsel for Mr. Estiverne has only had the discovery for less than 48 hours, and as such, is still reviewing the materials and investigating the case. Additionally, it is evident from the discovery that defense counsel will need sufficient time to conduct her own investigation in the case.

C. The parties believe that the case should take approximately two to three days to try.

D. It is unknown at this time if the case will likely resolve by a plea. Defense counsel needs

adequate time to review the discovery, time with her client to review the discovery, and time to conduct investigation that has become apparent from the discovery in order for Mr. Estiverne to make an informed decision regarding his right to a trial.

    E.  Yes, there are 4 video tapes and 6 audio tapes.

    F.  Counsel for Mr. Estiverne is not aware, at this time, of transcripts that need to be ordered. However, the government has advised that according to their case agent if all materials were transcribed, there are approximately 9 hours of material in total.

    G.  There are no other matters at this time that the Court should be made aware.

    Respectfully submitted,
MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

s/Kristy R Militello
Kristy R. Militello
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 56366
450 South Australian Ave., Suite 500
West Palm Beach, FL 33401
TEL: (561) 833-6288
FAX: (561) 833-0368
*Kristy_Militello@FD.org*

WILFREDO A. FERRER
UNITED STATES ATTORNEY

s/John C. McMillan
John C. McMillan
United States Attorney's Office
Assistant United States Attorney
Admin. No. A5500228
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
TEL: (561) 820-8711; FAX: (561) 820-8777
Email: John. McMillan@usdoj.gov

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 19, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

                                     s/Kristy R. Militello
                                       Kristy R. Militello