Evens Estiverne
c/o Palm Beach County Jail
P.O. Box 24716
West Palm Beach, FL 33416

Hon. Judge Rosenberg                 May 31, 2015
701 Clematis St
West Palm Beach, FL 33401

RE: USA vs. Evens Estiverne
   Case No. 15-80029-cr-Rosenberg/Hopkins

Dear Judge Rosenberg:

I like to start off by saying thank you for the opportunity for a substitution of counsel and the reason for this request is because I feel like my public defender which is Kristy Militello is a nice person and is alright on defending cases but I feel like they're not putting enough effort towards helping me on my case. There's other reasons that I don't wish to discuss on this letter. Hopefully this is a good reason to grant my request and I hope you enjoy the rest of your day.

Sincerely,
Evens Estiverne

[Notary seal: Bronislaw Nadolna, Expires 11/12/2017, NOTARY PUBLIC, Commission # FF069986, STATE OF FLORIDA]

4739
6-1-15

A copy of this letter has been sent to the U.S. Attorney's office.